IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

KAIS M. AL NUAYMI,

                Plaintiff,

    v.

BARACK HUSSEIN OBAMA, JR., et al.,

                Defendants.

Case No. 2:13-cv-00734-PHX-SLG

### ORDER

On January 9, 2014, this Court issued an Order (Docket 7) in which Plaintiff's Motion for Hearing (Docket 6) was denied with the explanation that the motion was not in conformance with court rules. The Court further accorded Mr. Al Nuaymi a final opportunity to submit proof of service upon each Defendant that he has named in this action, as required by Civil Rule 4. Mr. Nuaymi was directed to submit proof of this service before February 10, 2014. As of the date of this order nothing further has been filed. Therefore, this case is hereby DISMISSED. This dismissal is "without prejudice," which means that none of the issues that Plaintiff sought to present in this lawsuit has been decided in this case. *See generally* Civil Rule 41.

DATED this 28th day of February, 2014.

                                            */s/ Sharon L. Gleason*
                                            UNITED STATES DISTRICT JUDGE